IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-mj-01164-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICHARD CARL HEERINGA,

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the Government to dismiss the Criminal Complaint, vacate the Arrest Warrant, and unseal the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the Criminal Complaint in the above-captioned case is dismissed, the Arrest Warrant is vacated, and the case – including the Government's Motion to Seal, the Order to Seal, the Criminal Complaint, the Arrest Warrant, and any other order issued with regard to the Government's Complaint or Motion to Seal – is unsealed.

DATED at Denver, Colorado, this 1st day of November, 2011.

                                                BY THE COURT:

                                                *s/Craig B. Shaffer*
                                                Craig B. Shaffer
                                                United States Magistrate Judge